UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD CHRISTOPHER FORD, JR.                CIVIL ACTION

VERSUS                                        NUMBER: 11-2100

ST. BERNARD PARISH SHERIFF                    SECTION: "A"(5)
JACK A. STEPHENS, ET AL.

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's lawsuit is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

September 30, 2011

_____
UNITED STATES DISTRICT JUDGE